# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

145551

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STEPHEN CRANE,
       Petitioner-Appellee,

v

DIRECTOR OF ASSESSING FOR THE
CHARTER TOWNSHIP OF WEST
BLOOMFIELD, DIRECTOR OF ASSESSING
FOR THE CHARTER TOWNSHIP OF
BLOOMFIELD, and UPPER LONG LAKE
IMPROVEMENT BOARD,
       Respondents-Appellants.

SC: 145551
COA: 301878
MI Tax Tribunal: 342138

_____/

       On order of the Court, the application for leave to appeal the April 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325